IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIEL COOPER,

  Plaintiff,

                        CASE NO.:  6:12-CV-1237-ORL-36-DAB

-vs-

ARS NATIONAL SERVICES INC.,

  Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, DANIEL COOPER, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                      Respectfully submitted,

                      /s/ Jared M. Lee, Esq.
                      Jared Lee, Esquire (Fla. Bar. 0052284)
                      Morgan & Morgan, P.A.
                      One Tampa City Center
                      Tampa, FL 33602
                      Tele:  (813) 223-5505
                      Fax:  (813) 223-5402
                      Attorney for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of January, 2013, a copy of the foregoing was filed via ECF providing a copy to all counsel of record including but not limited to:

Alexandra De Alejo
Gray Robinson, P.A.
401 E. Jackson St.
Suite 2700
Tampa, Florida 33602

/s/Jared M. Lee
Attorney for Plaintiff