IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIEL COOPER,

   Plaintiff,

CASE NO.: 6:12-CV-1237-ORL-36-DAB

-vs-

ARS NATIONAL SERVICES INC.,

   Defendant.

_____/

## JOINT STIPULATION ON SETTLEMENT

COME NOW the parties by and through the undersigned and hereby stipulate and agree that that this case has been settled and should be dismissed with prejudice and summarily closed on the Court Docket with each party to bear their own fees and costs.

| | |
|---|---|
| /s/ Jared M. Lee | /s/ Alexandra De Alejo |
| JARED MICHAEL LEE, ESQUIRE | ALEXANDRA DE ALEJO, ESQUIRE |
| Morgan & Morgan, P.A. | Gray Robinson, P.A. |
| One Tampa City Center | 401 E. Jackson St. |
| 201 N. Franklin St., 7th Floor | Suite 2700 |
| Tampa, FL 33602 | Tampa, Florida 33602 |
| Tele: (813) 223-5505 | Tele: (813) 273-5000 |
| Fax: (813) 222-4708 | Fax: (813) 273-5145 |
| Florida Bar #: 0052284 | Florida Bar #: 043108 |
| Attorney for Plaintiff | Attorney for Defendant |
| jlee@forthepeople.com | alexandra.dealejo@gray-robinson.com |