UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DANIEL COOPER,**

        **Plaintiff,**

v.                                                                     Case No:  6:12-cv-1237-Orl-36DAB

**ARS NATIONAL SERVICES, INC.,**

        **Defendant.**
_____/

## O R D E R

Before the Court is the Joint Stipulation On Settlement (Doc. 19).  In accord with the Joint Stipulation On Settlement, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation On Settlement is **APPROVED** (Doc. 19).

    2)    This cause is dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on January 30, 2013.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record